UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DAWN THURMOND,**

        **Plaintiff,**

-vs-                              **Case No. 6:10-cv-1188-Orl-28GJK**

**OUTDOOR LIVING PRODUCTS, INC.,**

        **Defendant.**

___

## ORDER

This case is before the Court on the Joint Motion to Approve Parties' Proposed Settlement and Enter Dismissal with Prejudice (Doc. No. 29) filed February 4, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of the Non-Objection to the Report and Recommendation filed by Plaintiff (Doc. No. 31) and no objections being timely filed by Defendant, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed February 7, 2011 (Doc. No. 30) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion to Approve Parties' Proposed Settlement and Enter Dismissal with Prejudice (Doc. No. 29) is **GRANTED** only to the extent that the Court finds the parties' settlement is a fair and reasonable resolution of the Fair Labor Standard Act disputes.

3. This case is dismissed with prejudice.

4. The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this \_\_\_1st\_\_\_ day of March, 2011.

                                                                                    JOHN ANTOON II
                                                                                    United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party